**Jonathan Stone, ESQ, CPA, MST, E.L.C.**
**490 Schooley's Mountain Road - Bldg 3A**
**Hastings Commons**
**Hackettstown, NJ 07840-4002**

Cindy M. Weagley
104 Kerrs Corner Road
Blairstown    NJ    07825

Date: 11/24/2013

Invoice No. 03884

**Services Rendered**

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 4/01/2013 | JS | Preparation and filing of Motion to Continue the Automatic Stay, which includes the additional time for mailing of the Motion to all creditors. | 2.40 | $750.00 | $750.00 |
| 4/09/2013 | KG | Preparation of bankruptcy petition. | 2.10 | $135.00 | $283.50 |
| 4/17/2013 | KG | Continuation of preparation of bankruptcy petition. | 0.80 | $135.00 | $108.00 |
| 4/28/2013 | JS | Review petition prepared by my paralegal prior to the final review with Cindy Weagley. | 2.60 | $325.00 | $845.00 |
| 4/28/2013 | JS | Final review with Cindy Weagley, which includes reviewing each item on the bankruptcy petition, line by line, and making appropriate adjustments as necessary. | 2.60 | $325.00 | $845.00 |

13-16835 (KCF)    Exhibit A    Page No: 1

**Jonathan Stone, ESQ, CPA, MST, L.L.C.**

Page No.: 2

| Date | | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 5/08/2013 | KG | Prepare Certificate Of Service - File and Mail | 1.00 | $125.00 | $125.00 |

Total Professional Fees    $2,956.50

*Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| **Copies** | | | |
| 4/01/2013 | Copies - Filing of Motion to Continue the Automatic Stay. | 1,702.00 | $340.40 |
| **Filing Fee** | | | |
| 4/29/2013 | Filing fee - Amend Schedule D. | 1.00 | $30.00 |
| **Postage** | | | |
| 4/01/2013 | Postage - Filing of Motion to Continue the Automatic Stay. | 70.00 | $60.20 |
| 5/08/2013 | Postage - Two mailings at $0.92 | 2.00 | $1.84 |
| Sub Total: Postage | | | $62.04 |
| **Postage Labels** | | | |
| 4/01/2013 | Labels for mailing - Filing of Motion to Continue the Automatic Stay. | 140.00 | $11.20 |
| 5/08/2013 | Labels for mailing | 4.00 | $0.40 |

13-16835 (KCF)                    Exhibit A                    Page No: 2

**Jonathan Stone, ESQ, CPA, MST, L.L.C.**

Page No.:    3

| | |
|---|---:|
| Sub Total: Postage Labels | $11.60 |
| Total Expenses | $444.04 |
| Total New Charges | $3,400.54 |
| Previous Balance | $0.00 |
| Balance Due | $3,400.54 |

*Staff Summary*

| Name | Initials | Position | Hours | Fees |
|---|---|---|---:|---:|
| Jonathan Stone | JS | Attorney | 7.60 | $2,440.00 |
| Keith Guarneri | KG | Paralegal | 3.90 | $516.50 |