Fee App / Weagley

| Date | Description | Hours |
|---|---|---|
| 10/25/13 | Phone call from client | .2 |
| 10/25/13 | Phone call from client | .2 |
| 10/10/13 | Review letter from Chapter 13 Trustee | .2 |
| 10/2/13 | Review letter from Chapter 13 Trustee | .2 |
| 10/1/13 | Review Police Crash Investigation Report | .2 |
| 8/30/13 | Prepare Email to C. Weagley | .2 |
| 8/23/13 | Phone call from client | .2 |
| 8/16/13 | Review letter from Chap. 13 Trustee | .2 |
| 7/24/13 | Prepare letter to C. Weagley | .3 |
| 7/23/13 | Prepare proof of claim | .2 |
| 7/18/13 | Review memo from Chase | .2 |
| 6/23/13 | Review Claims Register | .3 |
| 6/19/13 | Prepare letter to Trustee Re: Confirmation issues | .2 |
| 6/14/13 | Review/answer email from C. Weagley | .2 |
| 6/13/13 | Attend 341(a) meeting in Robbinsville | 5.0 |
| 5/28/13 | Prepare Email to Bud Rockhill | .2 |
| 5/22/13 | Prepare letter to C. Weagley | .3 |
| 5/22/13 | Contact IRS, re: Co-Debtors's tort liability | .3 |
| 5/21/13 | Prepare Pre –Confirmation Certification | .3 |
| 5/21/13 | Prepare letter to C. Weagley | .2 |
| 5/21/13 | Prepare Substitution of Counsel | .3 |
| 5/21/13 | Prepare 341 Adjournment Request Form | .3 |
| 5/21/13 | Review CMA | .2 |
| 5/21/13 | Review earnings statement | .2 |

| Date | Description | Hours |
|---|---|---|
| 5/21/13 | Review Bank Statements | .2 |
| 5/21/13 | Review letter from Chapter 13, Trustee | .2 |
| 5/20/13 | Initial meeting with client to discuss options | 1.0 |
| 5/17/13 | Phone call from client | .2 |

|  |  |
|---|---|
| Total Hours | 11.6 |
| Hourly Rate | $350.00 |
| Total Due | $4,060.00 |