| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Lavery & Sirkis, Esq<br>Joan Sirkis Lavery, Esq.<br>699 Washington Street, Suite 103<br>Hackettstown, NJ 07840<br>908-850-6161<br>ID #JL4841<br>Attorney for Debtor, |
| In Re:<br><br>Cindy Marie Weagley |

Case No.: __13-16835__

Chapter: 13

Hearing Date: _____

Judge: __Kathryn C. Ferguson__

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Joan Sirkis Lavery, Esq.__ ,

   ☒ am the attorney for: __Kathryn C. Ferguson__

   ☐ am self-represented

   Phone number: __908-850-6161__

   Email address: __joan.lavery@verizon.net__

2. I request an adjournment of the following hearing:

   Matter: __Motion to Dismiss__

   Current hearing date and time: __10/14 @ 9__

   New date requested: __10/28 @ 9__

   Reason for adjournment request: __time for the debtor to make a payment__

3.     I request an adjournment of confirmation:

Current confirmation date and time: _____

New date requested: _____

Reason for adjournment request: _____

_____

Confirmation has been adjourned __1__ previous times

Trustee payments are current through _____

The meeting of creditors under § 341(a) of the Code ☒ was conducted ☐ was not conducted

4.     Consent to adjournment:

☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

_____

_____

I certify under penalty of perjury that the foregoing is true.

Date: 10/08/15 _____     /s/ Joan Sirkis Lavery_____
                                               Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted          New hearing date: _____     ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____     ☐ Peremptory

☒ Denied          `Previously adjourned for payments`

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**